# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARPAL SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONIQUE IVERY, et al.,<br><br>　　　　Defendants. | Civil Action No. 16-2077 (FLW)<br><br><br>MEMORANDUM AND ORDER |

This matter has been opened to the Court by Plaintiff's submission of a letter dated September 19, 2017. It appearing that:

1. Plaintiff's letter states that he wishes to dismiss the Complaint as to all parties. (ECF No. 19 at 1.)

2. The Court construes Plaintiff's submission as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a), and will grant the motion and dismiss the action without prejudice.

**IT IS, THEREFORE**, on this 21st day of September, 2017,

**ORDERED** that the Plaintiff's request to dismiss this action is GRANTED; the matter is dismissed WITHOUT PREJUDICE; and it is further

**ORDERED** that the Clerk of the Court shall CLOSE this case; and it is further

**ORDERED** that the Clerk of the Court shall send Plaintiff a copy of this Memorandum and Order via regular mail.

　　　　　　　　　　　　　　　　　　　　/s/ Freda L. Wolfson
　　　　　　　　　　　　　　　　　　　　Freda L. Wolfson
　　　　　　　　　　　　　　　　　　　　United States District Judge